IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-00102-CNS-SBP | Date: April 11, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| PSI SEMINARS INC<br>**Plaintiff** | *Craig Ramsdell via video* |
| v. | |
| ROBERT ROHE<br>CONVERGENCE SIMINARS INC<br>**Defendants** | *Robert Liechty* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:38 a.m.

Appearance of counsel. Also present at defense table is client representative Deborah Morris.

Argument as to [37] Motion for Summary Judgment given by Mr. Liechty and Mr. Ramsdell with questions from the Court.

As outlined on the record, it is

**ORDERED:   [37] Motion for Summary Judgment is GRANTED in its entirety.**

   **Case is dismissed.**

Court in Recess:  11:35 a.m.          Hearing concluded.          Total time in Court:  00:57